UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Diane Saunders, | Case No. 17-cv-5400 (WMW/LIB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Donald J. Trump, in his official capacity as President of the United States of America, et al., | |
| Defendants. | |

---

This matter is before the Court on the February 22, 2018 Report and Recommendation (R&R) of United States Magistrate Judge Leo I. Brisbois. (Dkt. 30.) No objections to the R&R have been filed. In the absence of timely objections, this Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error. Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The February 22, 2018 R&R, (Dkt. 30), is **ADOPTED**.

2. Any claims asserted by Plaintiff Diane Saunders alleging a violation of the Equal Protection Clause are **DISMISSED WITH PREJUDICE**.

3. This dismissal does not affect any of Saunders's other claims.

Dated:  March 21, 2018                                    s/Wilhelmina M. Wright
                                                          Wilhelmina M. Wright
                                                          United States District Judge